# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | |
|---|---|
| **JOE HENRY NELSON,** | : |
| **Plaintiff,** | : |
| vs. | :     **3:04-CV-80 (CAR)** |
| **CATHY BOWERS,** | : |
| **Defendant.** | : |

## *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 27] that Plaintiff's claims be dismissed for failure to exhaust his administrative remedies. Plaintiff filed an Objection. [Doc. 28]. The Court, having considered the Recommendation, agrees. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED** this 1st day of July, 2005.

S/ C. Ashley Royal
**C. ASHLEY ROYAL, JUDGE**
**UNITED STATES DISTRICT COURT**

Dockets.Justia.com